UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GINA BARBARA, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>SHERRIE GLASSER, PHYSICAL THERAPIST, P.C. d/b/a METRO PHYSICAL & AQUATIC THERAPY,<br><br>Defendants | 22cv7037 (ARR)(ARL)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant SHERRIE GLASSER, PHYSICAL THERAPIST, P.C. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: October 4, 2023

LAW OFFICES OF JAMES E. BAHAMONDE, PC

/s/ James E. Bahamonde
James E. Bahamonde, Esq.
2501 Jody Court
North Bellmore, NY 11710
Tel: (646) 290-8258
Fax: (646) 435-4376
E-mail: james@civilrightsny.com

*Attorney for Plaintiff*

So Ordered,

/s/(ARR)
Allyne R. Ross, U.S.D.J. 10/5/23

1